IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDY HEISEL, | |
| Plaintiff, | NO. 4:25-505 |
| vs. | |
| JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING (individually and in his official capacity), LEE DIMMITT (individually and in his official capacity), SUSIE DRISH (individually and in her official capacity), DEE SANDQUIST (individually and in his official capacity), AMANDA MORENO, M.D. (individually and in her official capacity), | **NOTICE OF REMOVAL** |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441, 1446, and Local Rule 81(a), Defendants Jefferson County, Iowa, Chauncey Moulding, Lee Dimmitt, Susie Drish, and Dee Sanquist hereby remove the state court action from the Iowa District Court for Jefferson County, Iowa, to the United States District Court for the Southern District of Iowa, Central Division. In support of the removal of this action, Defendants state the following:

1.    Plaintiff filed a Petition at Law in the Iowa District Court for Jefferson County on November 3, 2025, case number LALA004737 (the "State Court Action").

2.    Defendants accepted service on December 4, 2025.

3.      This Notice of Removal is filed within 30 days after acceptance of service by Defendants of Plaintiff's Petition and Original Notice, in compliance with 28 U.S.C. §1446(b).

4.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), a copy of all pleadings, process, orders and other papers filed in the State Court Action are attached as Exhibit A.

5.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Because Plaintiff's Petition alleges a claim under the United States Constitution, this Court has original jurisdiction over this case.

6.      Additionally, this Court may exercise supplemental jurisdiction over the related pendent state law claims pursuant to 28 U.S.C. § 1367(a).

7.      Pursuant to 28 U.S.C. §1446(d), Defendants are contemporaneously filing a copy of this notice of removal with the clerk of the Iowa District Court for Jefferson County and are serving this notice on Plaintiff's counsel electronically and by U.S. mail.

8.      Defendants are contemporaneously filing a Local Rule 81(a) statement.

9.      The undersigned has not spoken with Defendant Dr. Amanda Moreno, M.D. or her counsel, as she has not yet been served or otherwise accepted service of this suit, so her position is unknown.

WHEREFORE Defendants request that the above-entitled action be removed from the Iowa District Court for Jefferson County, to the United States District Court for the Southern District of Iowa, Central Division.

/s/ Holly A. Corkery
HOLLY A. CORKERY, AT0011495
MADISON P. HUNTZINGER, AT0016094
     of
LYNCH DALLAS LEGAL
316 Second Street SE, Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile   319.365.9512
E-Mail:   hcorkery@lynchdallas.com
        mhuntzinger@lynchdallas.com

ATTORNEYS FOR JEFFERSON COUNTY, IOWA,
CHAUNCEY MOULDING, LEE DIMMITT, SUSIE
DRISH, and DEE SANQUIST