IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDY HEISEL, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING (individually and in his official capacity), LEE DIMMITT (individually and in his official capacity), SUSIE DRISH (individually and in her official capacity), DEE SANDQUIST (individually and in his official capacity), AMANDA MORENO, M.D. (individually and in her official capacity), <br><br> Defendants. | NO. 4:25-505 <br><br> **LOCAL RULE 81(a) STATEMENT** |

Pursuant to Local Rule 81(a), Defendants Jefferson County, Iowa, Chauncey Moulding, Lee Dimmitt, Susie Drish, and Dee Sanquist state as follows:

a. See attached copies of all process, pleadings, and orders filed in the state case.

b. There are no matters pending before the state court that require resolution at this time by the federal court.

c. Plaintiff's attorneys have appeared in the state court action. Plaintiff's attorneys' names are Micheal J. Caroll and Danielle A. Dunne of Carney & Appleby Law Firm, 400 Homestead Building, 303 Locust Street, Des Moines, IA 50309, Telephone No. 515-282-6803, Email addresses: mike@carneyappleby.com and dunne@carneyappleby.com. Defendants' attorney also appeared in the state court

1

action. Defendants' attorney's name is Holly A. Corkery of Lynch Dallas Legal, 316 Second Street SE, Suite 124, P.O. Box 2457, Cedar Rapids, Iowa 52406-2457, Telephone No. 319-365-9101, Email address: hcorkery@lynchdallas.com.

/s/ Holly A. Corkery
HOLLY A. CORKERY, AT0011495
MADISON P. HUNTZINGER, AT0016094
    of
LYNCH DALLAS LEGAL
316 Second Street SE, Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile   319.365.9512
E-Mail:   hcorkery@lynchdallas.com
         mhuntzinger@lynchdallas.com

ATTORNEYS FOR JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING, LEE DIMMITT, SUSIE DRISH, and DEE SANQUIST