UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JUDY HEISEL, | ) | |
|    Plaintiff, | ) | No. 4:25-cv-00505-SHL-SBJ |
| vs. | ) | |
| JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING (individually and in his official capacity), LEE DIMMITT (individually and in his official capacity), SUSIE DRISH (individually and in her official capacity), DEE SANDQUIST (individually and in her official capacity), AMANDA MORENO, M.D. (individually and in her official capacity), | ) ) ) ) ) ) ) | **PLAINTIFF'S RESISTANCE TO DEFENDANTS' PRE-ANSWER PARTIAL MOTION TO DISMISS** |
|    Defendants. | | |

**COMES NOW,** Plaintiff pursuant to Local Rule 7(e) and submits this resistance to Defendants' pre-answer motion to dismiss claim numbers 4 through 6.

1. Plaintiff's complaint contains sufficient factual allegations, which, accepted as true, state a claim to relief that is plausible on its face.

2. Plaintiff submits a brief setting forth in more detail arguments and authorities supporting her resistance.

1

3.  To the extent that the Court determines that Plaintiff's pleading is lacking in any way, Plaintiff requests the opportunity to amend her complaint in order to cure any defects.

4.  For the reasons set forth in the contemporaneously filed brief, Defendants' motion should be denied.

WHEREFORE, Plaintiff respectfully requests the Court deny Defendants' motion or, alternatively, if the Court determines Plaintiff's pleading is lacking in any way, the opportunity to amend it to cure any defects.

Respectfully submitted,
CARNEY & APPLEBY, P.L.C.

*/s/ Michael J. Carroll*
Michael J. Carroll (AT0001311)

*/s/ Danielle A. Dunne*
Danielle A. Dunne (AT0015704)
303 Locust Street, Suite 400
Des Moines, IA 50309-1770
Telephone:  (515) 282-6803
Facsimile:   (515) 282-4700
E-mail:  mike@carneyappleby.com
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that on February 13, 2026 a true copy of the foregoing was served either electronically through the court's electronic-filing system or by U.S. First Class Mail upon the following:

Holly A. Corkery  
Madison P. Huntzinger  
LYNCH DALLAS LEGAL  
Attorneys for Jefferson County,  
Moulding, Dimmitt, Drish, Sandquist  

Dr. Amanda Moreno  
Defendant  

                                                  */s/ Danielle A. Dunne*  
                                                  Danielle A. Dunne  
                                                  Attorney for Plaintiff