IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUDY HEISEL,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING (individually and in his official capacity), LEE DIMMITT (individually and in his official capacity), SUSIE DRISH (individually and in her official capacity), DEE SANDQUIST (individually and in his official capacity), AMANDA MORENO, M.D. (individually and in her official capacity),<br><br>Defendants. | NO. 4:25-505<br><br>**STIPULATION TO VOLUNTARY DISMISSAL** |

COMES NOW the Plaintiff, pursuant to Federal R. Civ. P. 41, and hereby voluntarily dismisses all remaining counts and voluntarily dismisses the action against all named Defendants with prejudice.

All parties to the action hereby stipulate to the voluntary dismissal.

Respectfully Submitted,

CARNEY & APPLEBY, P.L.C.

*/s/ Michael J. Carroll*
Michael J. Carroll (AT0001311)

*/s/ Danielle A.D. Anderson*
Danielle A.D. Anderson (AT0015704)
303 Locust Street, Suite 400
Des Moines, IA 50309-1770
Telephone: (515) 282-6803
Facsimile: (515) 282-4700
E-mail: mike@carneyappleby.com
E-mail: danielle@carneyappleby.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Trevor A. Schweinefus*
Brian O. Marty, AT0011622
Trevor A. Schweinefus, AT0014442
**SHINDLER, ANDERSON, GOPLERUD**
**& WEESE, P.C.**
5015 Grand Ridge Drive
West Des Moines, IA 50265
Tel: 515-223-4567; Fax: 515-223-8887
Email: marty@sagwlaw.com
Email: trevor@sagwlaw.com
ATTORNEY FOR DEFENDANT MORENO

*/s/ Madison P. Huntzinger*
Madison P. Huntzinger (AT0016094)
**LYNCH DALLAS LEGAL**
316 Second Street SE, Suite 124
Cedar Rapids, IA 52406
ATTORNEY FOR DEFENDANTS JEFFERSON COUNTY, IOWA, CHAUNCEY MOULDING, LEE DIMMITT, SUSIE DRISH and DEE SANDQUIST

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed this document with the Clerk of Court using the electronic filing system, which will electronically serve it on the appropriate parties.

CARNEY & APPLEBY, P.L.C.

By: /s/ *Danielle A.D. Anderson*
303 Locust Street, Suite 400
Des Moines, IA 50309-1770
Telephone: (515) 282-6803
Facsimile: (515) 282-4700
ATTORNEY FOR PLAINTIFF